# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

JAN 19 2023

In the Matter of the Seizure of )
Approximately $397,674.32 held in ▮▮▮▮ )
accounts, further described in Attachment A ) Case No. 4:23-MJ-7026-SPM
)
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property as being subject to forfeiture to the United States of America. The property is described as follows:

Approximately $397,674.32 held in ▮▮▮▮ accounts, further described in Attachment A,

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property for criminal and civil forfeiture, and that an order under Title 21, United States Code, Section 853(e) may not be sufficient to assure the availability of the property for forfeiture.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ____February 2, 2023____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the Honorable Shirley P. Mensah, United States Magistrate Judge.

**THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED** to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, immediately provide authorized officer or contractors of the United States with the current account balance without any set-offs, fees, or deductions of any kind, and continue to accrue any deposits, interest, dividends, and any other amount credited to said account until the aforementioned law enforcement agents direct that the contents of said account be finally liquidated.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41**

Date and time issued: ____January 19, 2023____    ▮▮▮▮▮▮▮▮▮▮▮▮

City and state: ____St. Louis, Missouri____    Honorable Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*

| RETURN | | |
|---|---|---|
| **DATE WARRANT RECEIVED** | **DATE AND TIME WARRANT EXECUTED** | **COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH** |

**INVENTORY MADE IN THE PRESENCE OF**

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

**I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.**

_____